UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERVE GROUP EUROPE GMBH,<br><br>                              Petitioner,<br><br>        -against-<br><br>ZEMANTA, INC.,<br><br>                              Respondent. | Case No. 1:25-cv-10329 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 12, 2025, Petitioner Verve Group Europe GmbH filed a petition to compel arbitration.  Petitioner has not yet docketed an affidavit of service.  Accordingly, it is hereby ORDERED that Petitioner shall docket forthwith a certificate of service proving that Petitioner properly served Respondent.

It is further ORDERED that Respondent shall file and serve any opposition to the petition by **January 12, 2026**.  Petitioner's reply, if any, shall be filed and served by **January 20, 2026**. At the time its reply is filed and served, Petitioner shall supply to Chambers a courtesy hard copy of the parties' filings, marked as such, by mailing or delivering them to the Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York, New York, New York.

Finally, it is hereby ORDERED that **Petitioner (1) serve upon Respondent a copy of this Order, and (2) file proof of such service with the Court**.

SO ORDERED.

Dated:  December 15, 2025
        New York, New York

_____
JENNIFER L. ROCHON
United States District Judge