UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERVE GROUP EUROPE GMBH,

                         Petitioner,

          -against-

ZEMANTA, INC.,

                         Respondent.

Case No. 1:25-cv-10329 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the May 13, 2026 hearing, Petitioner's Petition for an Order Compelling Arbitration and Designating and Appointing an Arbitrator, Dkt. 1, is GRANTED and Respondent's request to strike Exhibit 5 of the Declaration of Anna Dimon, Dkt. 4-5, is DENIED.  The parties agree that their dispute is arbitrable, consent to appointing Judge Gregory M. Sleet (Ret.) as their arbitrator, and agree to the JAMS Comprehensive Arbitration Rules.

This action is therefore STAYED pending completion of the arbitration in accordance with the above terms.  *See Katz v. Cellco P'ship*, 794 F.3d 341, 345-47 (2d Cir. 2015).  The parties must submit a joint letter, not to exceed three pages, every six months regarding the status of the arbitration — with the first of such letters being due on **November 13, 2026**.

Dated: May 13, 2026
          New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge